Robert Emmanuel Digman
  Appellant
The state of Texas
  Appellee

{ From the 251st District court of Randall County, Texas and 7th District court of Appeals Amarillo, Texas

Prose Motion requesting that my Rehearing motion is filed as on time, removed out of my file and get ruled on

## IN THE
Court of Criminal Appeals Of texas, texas
Austin Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

To The Honorable Justices of the above said court!
comes now, the appellant in the above styled numbered cause and respectfully moves this honorable court to grant the appellant this motion for my rehearing motion be filed and ruled on. In support there of would show the court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

Abel Acosta, Clerk

Appellant Request
Oral Argument

Robert Digman
NEAL unit
9055 Spur 591
Amarillo Texas
   79107

## I

On April 23, 2015 TDCJ put me on chain to the Byrd unit in Huntsville Texas, may 4, 2015 TDCJ put me on chain to NEAL unit in Amarillo Texas.

## II

I Did NOT Recive Notice from the court of Criminal Appeals That my PDR was refused untill may 13, 2015

## III

On May 29, 2015 I Signed and mailed my motion for rehearing

## IV

Please except Trap 9.3(B) for numbr of copys

### Prayer for relief

for reasons stated above, it is respectfully sumitted that the court of criminal Appeals of texas should grant this motion and file my motion for rehearing as timely filed. I still pray for a fair trial in whole not in part

Respectfully sumitted

PD-0226-15

COA-07-14-00428-CR

TR.CT-24,202-C

Robert Emmanuel Digman
Appellant
The State of Texas, Appellee

From the 251st District court of
Randall County, Texas and Seventh
District Court of Appeals, Amarillo
Texas

---

Pro Se Motion requesting a rehearing and a EN BANC RECONSIDERATION

---

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN TEXAS

---

To the honorable Justices fo the above said court:
Come now, the appellant in the above styled and numbered cause and
respectfully moves this honorable court to grant appellant a rehearing and a
EN BANC reconsideration and in support there of would show the court the
following:

The facts relied upon to show good cause for this request, are as follows:

Appellant Request
Oral argument

Robert Digman
1854737
Neal Unit
9055 Spur 591
Amarillo Texas  79107

I

It was proven my trial ended with constitutional error that caused harm to my constitutional rights and also my 6th and 14th amendment. My trial was only 4:42, Four hours and forty two minutes long, the DA reserved 3 days. She violated my right of due process before my trial ever began and did it again in her closing statement. It was proven my trial was unfair, all I want is a fair trial. I don't understand how you as a highest court Justices can say a 4 hour and 42 minute trial only half was unfair with constitutional error and the other half was a fair trial. I questioned the trial courts' jurisdiction and received no answers on that, was my PDR ever read? If Randall county has so much evidence against me they will not have any problem giving me a fair trial WITH OUT ERROR, HALF of 4:42 is only 2:21 two hours and twenty one minutes. They reserved 3 days, the DA even has to apologize to the Judge for the mistakes, how many mistakes are they allowed to make? I only was allowed one. The DA is is on her 4th. NO ONE ever asked if I did what I was accused of! My trial was done as whole, NOT two parts. Please tell me how only ½ half was infected? Was the first two hours fair or was the last 2 hours fair and only the 42 minutes not fair? Or was it the other way, the 2 hours not fair and the last 2:42 fair? If the DA used all 3 days, first day pick jury, 2nd day , prosecute count 1, third day prosecute count 2, I could understand how ½ was fair and ½ was not fair.

II

See TRAP 68.1 Generally

On petition by any party the court of criminal appeals may review a court of appeals decision in a criminal case.

III

See TRAP rule 74

Please accept TRAP 9,3(B) to suspend copy rule

## PRAYER FOR RELIEF

For the reasons stated above, it is respectfully submitted that the Court of

Criminal Appeals of Texas should grant this motion for reconsideration.

All I want is a fair trial in whole.

Respectfully submitted

Robert Digman   #1854737
Neal Unit
9055 Spur 591
Amarillo Texas  79107

## CERTIFICATE OF SERVICE

The undersigned Appellant/Petitioner hereby certifies that a true and correct

copy of the foregoing motion has been mailed; U.S. mail, postage prepaid, to the

office of the Criminal District Attorney for Randall County, 2309 Russell Long Blvd

Suite 120, Canyon Texas  79015, and to the State Prosecuting Attorney, P.O. Box

12405, Austin, Texas  78711, on this the ___29___ day of May, 2015

Petitioner Pro Se TDCJ # 1854737